In the

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE: REQUEST FOR JUDICIAL ASSISTANCE FROM THE DISTRICT COURT IN ZVOLEN, SLOVAK REPUBLIC IN THE MATTER OF MONIKA KOLOSTOVA V. ALDO MAURICIO JACOME | **Trial Date:**<br>Case Number: 1:21-MC-00698 |

### Affidavit of Service

The undersigned hereby certifies as follows:

1. That I am a competent individual over eighteen (18) years of age and not a party to the above action.

2. That on **01/05/22 02:03 PM**, I served *Commissioner's Subpoena, List of Questions* upon **Aldo Mauricio Jacome**, **by personal service,** description as follows:

| Race | Sex | Age | Hair | Height | Weight |
|---|---|---|---|---|---|
| Hispanic | Male | 40 - 44 | Black | 5ft 6in - 5ft 9in | 181 - 200 lbs |

3. That service was effected at his/her usual place of abode located at 6400 96th Avenue Lanham, MD 20706.

4. That the facts, upon which I concluded that the individual served is of suitable age and discretion, are personal observation and the recipient's statement.

5. That, in accordance with MD Rule 20-201(f), this affidavit does not contain any restricted information.

I do solemnly declare and affirm under the penalties of perjury that the matters and facts set forth herein are true to the best of my knowledge, information, and belief.

*[Signature: Roland Duff]*

_____
**Roland Duff**, Agent For
Monumental Process Servers, Inc.
823 M. L. K. Jr. Blvd.
Baltimore, MD 21201
Monumentalpsphotos@gmail.com
(410) 523-4980
**Process Server Cost: 65.00**
MPS File Number: 2112300199389
Client File Number:

MPS